# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-2364

———————————————

United States of America

*Plaintiff - Appellee*

v.

Matthew James McCauley

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

——————————

Submitted: November 4, 2015
Filed: November 10, 2015
[Unpublished]

——————————

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

——————————

PER CURIAM.

Matthew McCauley directly appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to federal drug and identity-theft charges.

———————————————

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of McCauley's sentence. In pro se supplemental briefs, McCauley additionally challenges the district court's determination of the relevant drug quantity for Guidelines purposes.

Upon careful review, we conclude that McCauley's sentence is not substantively unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse-of-discretion review). We further conclude that McCauley's drug-quantity challenge is foreclosed because he stipulated to the drug quantity in a sentencing agreement, which was adopted by the district court. <u>See</u> <u>United States v. Olano</u>, 507 U.S. 725, 733 (1993); <u>United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir.1995). Finally, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

The judgment is affirmed, and we grant counsel's motion to withdraw.

_____